**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 10-cv-00024-ZLW

GEORGE BANKS,

    Plaintiff,

v.

CAPTAIN HODAK,
WARDEN RENE GARCIA,
DOCTOR ASST. IPPOLITO,
DR. SANDIFER, Optometrist,
F.C.I. ENGLEWOOD STAFF, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Defendants.

**MINUTE ORDER**

ORDER ENTERED BY SENIOR JUDGE LEWIS T. BABCOCK

    Plaintiff has filed a motion to reopen case (Doc. #36) and a supporting affidavit (Doc. #37) in which he asks both to reopen this action and for a refund of all filing fees paid in this action.  The request to reopen is DENIED because Plaintiff provides no grounds that would justify reopening this action.  The request for a refund of all filing fees paid also is DENIED.

Dated:  January 10, 2012