**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 10-cv-00024-ZLW

GEORGE BANKS,

    Plaintiff,

v.

CAPTAIN HODAK,
WARDEN RENE GARCIA,
DOCTOR ASST. IPPOLITO,
DR. SANDIFER, Optometrist,
F.C.I. ENGLEWOOD STAFF, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Defendants.

**MINUTE ORDER**

ORDER ENTERED BY SENIOR JUDGE LEWIS T. BABCOCK

    Plaintiff has filed a document titled "Motion of Show Cause" (ECF No. 39) in which he apparently asks that he not be required to make any filing fee payments until he is released from prison. The motion is DENIED and Plaintiff is reminded of his continuing obligation to make monthly filing fee payments in accordance with 28 U.S.C. § 1915(b)(2).

Dated:  May 15, 2012